# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

**CERTIFIED COPY**

I, Jeanne A. Naughton, Clerk of the United States Bankruptcy Court, certify that the attached is a true and full copy of the original now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at _____ Trenton _____, in this State of New Jersey on April 14, 2025.



JEANNE A. NAUGHTON, Clerk

By: _____
     Deputy Clerk

rev.1/4/17

DebtEd, SUPDIS

# U.S. Bankruptcy Court
## District of New Jersey (Trenton)
### Bankruptcy Petition #: 25-13824-MBK

*Assigned to:* Chief Judge Michael B. Kaplan
Chapter 13
Voluntary
Asset

*Date filed:* 04/11/2025
*341 meeting:* 05/08/2025
*Deadline for filing claims:* 06/20/2025

*Debtor*
**Mark J. Mayer**
17 Walnut Street
Toms River, NJ 08753
OCEAN-NJ
SSN / ITIN: xxx-xx-6933
*aka* **Mark J. Mayer, Sr.**

represented by **Robert Cameron Legg**
Oliver & Legg
2240 Highway 33
Suite 112
Neptune, NJ 07753
732-988-1500
Email: clegg@oliverandlegg.com

*Trustee*
**Albert Russo**
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853
(609) 587-6888

*U.S. Trustee*
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 04/11/2025 | 1 | Chapter 13 Voluntary Petition Filed by Robert Cameron Legg on behalf of Mark J. Mayer. FILING ERROR- DEBTOR INITIALS MISSING ON ATTORNEY COMP FORM (Legg, Robert)Modified on 4/14/2025 (wdr). (Entered: 04/11/2025) |
| 04/11/2025 | 2 | Certificate of Credit Counseling filed by Robert Cameron Legg on behalf of Mark J. Mayer. (Legg, Robert) (Entered: 04/11/2025) |
| 04/11/2025 |   | Receipt of filing fee for Voluntary Petition (Chapter 13)( 25-13824) [misc,volp13a] ( 313.00) Filing Fee. Receipt number A48026151, fee amount $ 313.00. (re: Doc#1) (U.S. Treasury) (Entered: 04/11/2025) |
| 04/11/2025 | 4 | Order to Show Cause Why Case Should Not be Dismissed for re: Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calc of Commitment Period(122C-1), Calculation of Your |

| | | |
|---|---|---|
| | | Disposable Income (122C-2) - If Applicable, Ch. 13 Plan and Motions (LOCAL FORM), Schedules A/B,C,G,H,I,J, Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/11/2025. Hearing scheduled for 5/5/2025 at 11:00 AM, Zoom-Judge Kaplan: join.zoom.us Meeting ID 160 546 2580, Passcode 962296, or call 1-646-828-7666.. (wdr) (Entered: 04/14/2025) |
| 04/12/2025 | 3 | Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors and Notice of Appointment of Trustee Russo, Albert with 341(a) meeting to be held on 5/8/2025 at 11:00 AM via Zoom - Russo: join.zoom.us Meeting ID 807 540 1358, Passcode 8954134040, or call 1-609-766-9830. Complaint to determine dischargeability of certain debts deadline: 7/7/2025. Proofs of Claim due by 6/20/2025. (Entered: 04/12/2025) |
| 04/14/2025 | | Correction Notice in Electronic Filing (related document: 1 Voluntary Petition (Chapter 13) filed by Debtor Mark J. Mayer). Type of Error: Debtors Initials Missing on Attorney Comp Form, filed by Robert Legg. Please correct and refile with the court. (wdr) (Entered: 04/14/2025) |
| 04/14/2025 | 5 | Initial Statement About an Eviction Judgment. Filed by Robert Cameron Legg on behalf of Mark J. Mayer. (Legg, Robert) (Entered: 04/14/2025) |
| 04/14/2025 | 6 | Statement About Payment of Eviction Judgment. Filed by Robert Cameron Legg on behalf of Mark J. Mayer. (Legg, Robert) (Entered: 04/14/2025) |
| 04/14/2025 | 7 | Clerk's Notice of Service of Certified Copy of Docket Report pursuant to 11 U.S.C. section 362(l)(4)(B). The debtor has not complied with the certification requirement(s) of 11 U.S.C. section 362(l)(1). The exception to the automatic stay pursuant to 11 U.S.C. section 362(b)(22) applies. Debtor and Landlord served via US mail. (llb) (Entered: 04/14/2025) |